**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lillian Jurdi<br><br>v.<br><br>Nike, Inc. et al<br><br>PLAINTIFF(S) / DEFENDANT(S). | **CASE NUMBER**<br>2:24-cv-08093 FLA(SKx)<br><br>**ORDER RE TRANSFER**<br>**(RELATED CASES)** |

**TRANSFER ORDER DECLINED**

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_____     _____
Date                                                    United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The two cases (Jurdi v. Nike, 24-8093, and Price v. Converse, 24-8091) involve a different cause of action and a different website feature than what was involved in Guiterrez v. Converse, 23-6547. Therefore, the cases do not arise from the same or a closely related transaction, happening or event; do not call for determination of the same or substantially related or similar questions of law and fact; or do not entail substantial duplication of labor if heard by different judges.

January 13, 2025                                     Kenly Kiya Kato  /s/ Kenly Kiya Kato
Date                                                         United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case  2:23-cv-06547 KK(MARx)  and the present case:

☒ A. Arise from the same or closely related transactions, happenings or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (06/23)                                          ORDER RE TRANSFER (Related Cases)