UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LILLIAN JURDI,

Plaintiff,

v.

NIKE, INC.,

Defendant.

Case No. 2:24-cv-08093-FLA (SKx)

**ORDER APPROVING IN PART JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE REPLY BRIEF ON MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [DKT. 25]**

The court, having considered the parties' stipulation (Dkt. 25) and finding good cause therefor, hereby ORDERS as follows:

1. The hearing on Defendant's Motion to Dismiss the First Amended Complaint ("Motion") (Dkt. 20) is CONTINUED to February 7, 2024, at 1:30 p.m.
2. Defendant's deadline to file a reply in support of the Motion shall be January 24, 2025.

IT IS SO ORDERED.

Dated: January 14, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge