UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LILLIAN JURDI,

Plaintiff,

v.

NIKE, INC., *et al.*,

Defendants.

Case No. 2:24-cv-08093-FLA (SKx)

**CORRECTED ORDER APPROVING AS MODIFIED STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO FILE REPLY BRIEF [DKT. 25]**

**ORDER**

On January 13, 2025, Plaintiff Lillian Jurdi ("Plaintiff") and Defendant Nike, Inc. ("Defendant") filed a Stipulation, requesting the court extend Defendant's deadline to file a reply in support of its Motion to Dismiss the First Amended Complaint ("Motion"). Dkt. 20.

The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES as modified the Stipulation and ORDERS as follows:

1. The hearing on Defendant's Motion is CONTINUED to February 7, 2025, at 1:30 p.m.
2. Defendant's deadline to file a reply in support of the Motion shall be January 24, 2025.

IT IS SO ORDERED.

Dated: January 21, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge