Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Narain Kumar (SBN 301522)
nkumar@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (310) 590-3927

*Attorneys for Plaintiff*
*Lillian Jurdi*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LILLIAN JURDI,

Plaintiff,

v.

NIKE, INC.

Defendants.

Case No.: 2:24-cv-08093-FLA(Ex)

**PLAINTIFF LILLIAN JURDI'S NOTICE OF ERRATA RE DKT. 40-31**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff Lillian Jurdi hereby submits this Notice of Errata to Dkt. 40-31 (Exhibit B to the Declaration of Samuel Cortina in Support of Defendant Nike, Inc.'s Opposition to Plaintiff Lillian Jurdi's Motion to Compel Further Responses to Special Interrogatories and Requests for Production of Documents, Set One).

The wrong document was inadvertently uploaded while filing Dkt. 40-31. Submitted with this Errata is the proper Exhibit B to the Declaration of Samuel Cortina.

DATED: May 5, 2025

TAULER SMITH LLP

By: */s/ Narain Kumar*

Narain Kumar, Esq.
Attorneys for Plaintiff
Lillian Jurdi