UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LILLIAN JURDI,

Plaintiff,

v.

NIKE, INC., *et al.*,

Defendants.

Case No. 2:24-cv-08093-FLA (Ex)

**ORDER VACATING ORDER DISMISSING ACTION [DKT. 50] AND DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT [DKT. 20]**

On June 16, 2025, Plaintiff Lillian Jurdi ("Plaintiff") filed a Notice of Dismissal, dismissing the action in its entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 49. On June 17, 2025, the court issued an Order Dismissing Action, Dkt. 50, in error as no order of dismissal was required as Defendant Nike, Inc. ("Defendant") had neither filed an answer nor a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the court VACATES the Order Dismissing Action, Dkt. 50, consistent with Fed. R. Civ. P. 41(a)(1)(A)(i). All dates and deadlines governing this action are VACATED. Defendant's Motion to Dismiss, Dkt. 20, is DENIED as moot.

IT IS SO ORDERED.

Dated: July 7, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge